**FILED**
CLERK, U.S. DISTRICT COURT

12/08/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CR _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUZIK | Case No. 2:16-cv-01967-SVW-AS |
|       Plaintiff, | **JUDGMENT** |
|   v. | |
| DIRECTV, LLC, | Date Action Filed:   March 22, 2016 |
|       Defendant. | Pretrial Conference: December 11, 2017 |
| | Trial Date:          December 12, 2017 |

The Court has reviewed the Parties' Stipulation and Joint Motion That the Court Enter Judgment in Favor Of Plaintiff filed December 8, 2017. Good cause appearing, the Court hereby GRANTS the Parties' Stipulation and Joint Motion.

The issues having been fully considered, IT IS ORDERED AND ADJUDGED that

1) Plaintiff Guzik shall recover judgment against Defendant DirecTV, LLC in the amount of $298,531.98.

2) The deadline for filing any petition, bill or motion to recover costs and/or attorneys' fees shall be tolled pending any appeal of the Final Judgment entered by the Court, or until the Parties otherwise finally resolve this dispute, whichever occurs first.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 8, 2017      By:_____

Hon. Stephen V. Wilson
United States District Judge